# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**TIMOTHY J. RING,**<br><br>Defendant. | 4:23-PO-05107-JTJ<br><br>**VIOLATIONS:**<br>E1728295<br>E1728296<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $75 fine and $30 processing fee for violation E1728295 (for a total of $105), and for good cause shown, **IT IS ORDERED** that the $105 fine paid by the defendant is accepted as a full adjudication of violation E1728295.

**IT IS ALSO ORDERED** that violation E1728296 is **DISMISSED.**

**IT IS FURTHER ORDERED** that the initial appearance scheduled for October 19, 2023, is **VACATED.**

DATED this 17th day of October, 2023.

_____
John Johnston
United States Magistrate Judge